Weaver v Deronde Tire Supply, Inc. (2023 NY Slip Op 03668)

Weaver v Deronde Tire Supply, Inc.

2023 NY Slip Op 03668

Decided on June 30, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 30, 2023

PRESENT: WHALEN, P.J., CURRAN, BANNISTER, AND MONTOUR, JJ. (Filed June 30, 2023.) 

MOTION NO. (766/22) CA 21-01545.

[*1]RYAN WEAVER, PLAINTIFF-RESPONDENT, 
v
DERONDE TIRE SUPPLY, INC., ET AL., DEFENDANTS, AND ESTES EXPRESS LINES, DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER
Motion for leave to appeal to the Court of Appeals denied.